**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Yandy Fernandez Rojas,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-03421-PHX-RM (MTM)<br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241, challenging his immigration detention. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.) Respondents' response states:

> Respondents do not oppose release of the Petitioner.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

. . . .

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 17th day of June, 2026.

Honorable Rosemary Márquez
United States District Judge